## EBERSOLL *against* KRUG and Wife.

IN ERROR.

*Lancaster,
Friday,
May 31.*

Slander of hus-
band and wife
cannot be joined
in the same ac-
tion.

See 8 *Went-
worth* 262.

THE declaration in this case set forth, that " whereas the
said *Philip Krug* and *Mary* his wife are *both* true honest
and upright citizens of the commonwealth of *Pennsylvania,*
and as such from their nativity hitherto have demeaned them-
selves &c., and the said *Mary* for herself had deservedly
obtained a good name &c., and had never been charged or
suspected of the crimes of adultery or fornication &c., and
that *neither the said Philip nor Mary his wife* have been
charged with or committed any of the crimes of larceny,
burglary, arson, robbery or any other crime or offence, which
*if they or either of them* were convicted of, would subject
*them* to an imprisonment in the cells of the penitentiary of
the city of *Philadelphia,* or in any other place of confinement
or imprisonment of criminals; yet the said *Abraham* the de-
fendant, well knowing &c. and maliciously intending *the said
Philip Krug and his wife* not only into scandal and infamy

among their neighbours and others to bring, but to subject *them* to the infamous punishment provided by law against thieves, robbers, burglars &c. and against fornication and adultery, on the first of *June* &c. at the county aforesaid, the following false and scandalous *German* words of and concerning *the said Philip Krug and Mary his wife* in the presence &c., which said *German* words have in the *English* language the import and interpretation following; " *George* " *Krug*" (the son of the said *Philip* the plaintiff meaning) " is not the son of the said *Philip Krug*, but the son of a " certain *Peter Ox*," (thereby meaning that the wife of the said *Philip Krug* had committed adultery with the said *Peter Ox*.) And again " *George* cannot be his son, he is so " much larger;" (meaning that *George Krug* cannot be the son of the said *Philip Krug*, and therefore again meaning that the wife of the said *Philip* had committed adultery.) And again addressing himself to *Samuel Good* and *John Hansen* who were driving an ox, " your ox is not so heavy " as the ox that ran off with *Philip Krug's* wife;" (thereby meaning that the said *Mary* had run off with the said *Peter Ox*, and had committed adultery with him.) " I will put " *Philip Krug* and his wife in the cells in *Philadelphia*, " and if that won't do, I will put them in the workhouse;" (thereby meaning that the said *Philip Krug* and *Mary* his wife had committed some heinous offence or offences which would subject them to imprisonment in the cells of the *Philadelphia* jail and penitentiary.)"

Various errors were assigned, but the material one was, that there was a misjoinder of action, in uniting pretended causes of action on the part of the wife, with similar causes of action on behalf of the husband.

*Elder* and *Hopkins* for the plaintiff in error.

*Laird* and *Montgomery* for the defendants in error.

T<small>ILGHMAN</small> C. J. and the whole court agreed that the judgment must be reversed, because the slander of the husband and slander of the wife were here joined in one action, and damages sought for the slander of both at the same time.

Judgment reversed.